1  VICKIE L. FEEMAN (STATE BAR NO. 177487)
   CYNTHIA A. WICKSTROM (STATE BAR NO. 209320)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    650-614-7400
4  Facsimile:    650-614-7401

5  SETH STEINBERG (STATE BAR NO. 163714)
   LUCASARTS, a division of LUCASFILM ENTERTAINMENT
6  COMPANY LTD
   San Rafael, CA  94912
7  Telephone:    415-472-3400

8  Attorneys for Plaintiffs                                    **E-filed 6/2/05**
   LUCASARTS, a division of LUCASFILM ENTERTAINMENT
9  COMPANY LTD, and LUCASFILM LTD

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  LUCASARTS, a division of LUCASFILM       Case No.  C 03-4778 JF
    ENTERTAINMENT COMPANY LTD, a
13  California corporation, and LUCASFILM     **ORDER REGARDING
    LTD, a California corporation,            JUNE 3rd CASE MANAGEMENT
14                                            CONFERENCE**
                    Plaintiffs,
15
            v.
16
    C.T.O., S.P.A., a corporation organized under
17  the laws of Italy,

18                  Defendant.

19

20      The case management conference for June 3, 2005 is hereby taken off calendar until

21  further notice.  The Court will notify counsel if a further hearing is required upon receipt of

22  Plaintiffs' motion for default judgment.  The Case Management Conference is rescheduled for
                                            November 11, 2205 at 10:30.
23      IT IS SO ORDERED

24  Dated: June 2_, 2005

25                                      /s/electronic signature authorized
                                        _____
26                                             Honorable Jeremy Fogel
                                              United States District Judge

27

28

[PROPOSED] ORDER REGARDING
JUNE 3RD CASE MANAGEMENT CONFERENCE,
CASE NO. C 03-4778 JF